FILED

01/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0685

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No.  DA 22-0685

_____

DIAMOND V CORPORATION, INC., a Montana corporation,
GRANT KUBESH, MARY KUBESH, ZACH KUBESH,
and BARBARA KUBESH

Plaintiffs / Appellants

v.

BUCKHORN ENERGY OAKS DISPOSAL SERVICES, LLC, a foreign limited
liability company, and DAWSON COUNTY, a political subdivision of the STATE
OF MONTANA,

Defendants / Appellees.

_____

Appeal from the Seventh Judicial District Court, Dawson County
Cause No. DV-20-0029
The Honorable Ashley Ann Harada, Presiding.

_____

**ORDER**

_____

UPON Motion of the Appellants, with no objection from the Appellees, and

with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of Appellants'

Opening Brief is extended, with the new deadline for filing being on or before

February 27, 2023.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 25 2023